# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In Re: Kenneth William Thornton, Jr.<br>14717 Highway 73<br>Huntersville, NC  28078<br><br>SSN (1): XXX-XX-1060 | Case Number:    12-31035<br>Judge:    Laura T. Beyer<br>Dated:    September 14, 2013 |

### MOTION OF TRUSTEE FOR DETERMINATION OF STATUS OF CLAIMS IN CONFIRMED PLAN

   The undersigned trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

   Claim information in motion is current as of September 14, 2013.

   **IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| ATTMOBILITY II LLC | 12 | 5 | U-Unsecured | 80 | $101.24 | Pay by Trustee | 1060 |
| BACK BOWL I LLC | 10 | 6 | U-Unsecured | 80 | $23,156.60 | Pay by Trustee | 0770 |
| CITY COUNTY TAX COLLECTOR | 6 | 8 | S-Secured-Pro-Rata | 50 | $7,876.53 | Pay by Trustee | 2 RE |
| HUTCHENS SENTER KELLAM & PETTIT PA | 13 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| INTERNAL REVENUE SERVICE | 16 | 1 | U-Unsecured | 80 | $72.89 | Pay by Trustee | 1060 |
| INTERNAL REVENUE SERVICE | 5 | 1 | P-Priority | 70 | $10,393.47 | Pay by Trustee | 1060 |
| JEFFREY G DALRYMPLE PA | 17 | | L-Legal Fees | 50 | $200.00 | Pay by Trustee | |
| JEFFREY G DALRYMPLE PA | 1 | | B-Base Attorney Fee(s) | 20 | $3,250.00 | $2,250.00 INSIDE / $1,000.00 OUTSIDE | 3250 |
| NC DEPARTMENT OF REVENUE | 7 | | P-Priority | 70 | $0.00 | NOT FILED | |
| OAK HARBOR CAPITAL LLC | 9 | 2 | U-Unsecured | 80 | $11,495.30 | Pay by Trustee | 7193 |
| PRESBYTERIAN HOSPITAL | 11 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| QUANTUM3 GROUP LLC | 14 | 3 | U-Unsecured | 80 | $78,405.54 | Pay by Trustee | 8824 |
| QUANTUM3 GROUP LLC | 15 | 4 | U-Unsecured | 80 | $19,589.32 | Pay by Trustee | 9551 |
| US BANK NA | 3 | 7 | N-Mortgage/Lease Arrea | 50 | $93,621.51 | Pay by Trustee | 4916 |
| US BANK NA | 4 | 7 | M-Mortgage/Lease | 30 | $497,582.50 | CONDUIT | 4916 |

   Wherefore, the trustee respectfully requests that the Court grant his motion and classify the claims for payment by the trustee as set forth herein, and that it grant such other and further relief as is appropriate and just.

CASE NO: 12-31035                                          DEBTOR: Kenneth William Thornton, Jr.
Dated: September 14, 2013                                  Warren L. Tadlock
                                                           Standing Chapter 13 Trustee
                                                           4600 Park Rd Ste 101
                                                           Charlotte, NC  28209-0201

CASE NO: 12-31035                                                                            DEBTOR: Kenneth William Thornton, Jr.

## NOTICE OF MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The Chapter 13 trustee has filed a motion in the above-referenced Chapter 13 case for determination of status of claims, for payment by the trustee under the debtor's confirmed plan.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you want to object to the classification and/or treatment of your claim as contained in the trustee's motion, then you or your attorney must file with the court a written response to the motion and a request for hearing by October 20, 2013 at the following address:

   CLERK, U.S. BANKRUPTCY COURT
   401 W TRADE ST.
   CHARLOTTE, NC  28202

If you MAIL your response to the court for filing, you must mail it early enough for the court to RECEIVE it on or before the deadline stated above.

**Please refer to the trustee's claim number in any response you may file.**

NO HEARING WILL BE HELD UNLESS A RESPONSE IS FILED.

If you file a response, then a hearing on the trustee's motion will be on Tuesday, October 29, 2013 at 10:00 am at the following address.

   CHARLES JONAS FEDERAL BUILDING
   ROOM 126
   401 WEST TRADE STREET
   CHARLOTTE, NC  28202-1619

If you or your attorney do not take these steps, the court may decide that you do not oppose the classification and treatment of your claim as reported by the trustee, and grant the motion.

Dated: September 14, 2013                          Warren L. Tadlock
                                                   Standing Chapter 13 Trustee
                                                   By:  L. Wilkins-Austin

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

In Re: Kenneth William Thornton, Jr.  
      14717 Highway 73  
      Huntersville, NC  28078

      SSN (1): XXX-XX-1060

Case Number:    12-31035  
Judge:    Laura T. Beyer  
Dated:    September 14, 2013

### CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on September 20, 2013.

                              L. Wilkins-Austin  
                              Office of the Chapter 13 Trustee

ATTMOBILITY II LLC, C/O JAMES GRUDES ESQ, ONE ATTWAY ROOM 3A218, BEDMINISTER, NJ 07921  
BACK BOWL I LLC, C/O WEINSTEIN AND RILEY PS, 2001 WESTERN AVENUE STE 400, SEATTLE, WA 98121  
BACK BOWL I LLC, C/O WEINSTEIN AND RILEY PS, PO BOX 3978, SEATTLE, WA 98124  
CITY COUNTY TAX COLLECTOR, PO BOX 31637, CHARLOTTE, NC 28231  
HUTCHENS SENTER KELLAM & PETTIT PA, PO BOX 2505, FAYETTEVILLE, NC 28302  
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101-7317  
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101  
  Kenneth William Thornton, Jr., 14717 Highway 73, Huntersville, NC 28078  
NC DEPARTMENT OF REVENUE, BANKRUPTCY UNIT, PO BOX 1168, RALEIGH, NC 27602-1168  
OAK HARBOR CAPITAL LLC, C/O WEINSTEIN & RILEY PS, 2001 WESTERN AVE STE 400, SEATTLE, WA 98121  
OAK HARBOR CAPITAL LLC, C/O WEINSTEIN & RILEY PS, PO BOX 3978, SEATTLE, WA 98124  
PRESBYTERIAN HOSPITAL, NMG/CBO 3701, ARCO CORPORATE DRIVE STE 600, CHARLOTTE, NC 28273  
QUANTUM3 GROUP LLC, GALAXY PORTFOLIOS LLC, PO BOX  788, KIRKLAND, WA 98083  
US BANK NA, BSI FINANCIAL SERVICES INC, 314 S FRANKLIN STREET, TITUSVILLE, PA 16354

Total Served: 14